CHARLES J. UBALDI *v.* BOARD OF EDUCATION OF
THE CITY OF WATERBURY
(AC 29294)

McLachlan, Lavine and Mihalakos, Js.

Argued November 13—officially released December 9, 2008

Per Curiam. The judgment is affirmed.

TYSON HUNTER *v.* COMMISSIONER OF
CORRECTION
(AC 28332)

McLachlan, Harper and Lavery, Js.

Argued November 19—officially released December 9, 2008

Per Curiam. The appeal is dismissed.

MAURICE BILLIE *v.* COMMISSIONER OF
CORRECTION
(AC 28825)

DiPentima, Beach and Peters, Js.

Argued November 20—officially released December 9, 2008

Per Curiam. The appeal is dismissed.